5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

ALLAN KINGSLEY WOOD,  )
) Case No. 2:24-cv-00237-REP
)
v. ) APPLICATION FOR ADMISSION
RED HAT, INC., ) PRO HAC VICE
)
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Michael L. Banks , hereby applies for admission pro hac vice to appear and participate in this case on behalf of Red Hat, Inc. .

The applicant hereby attests as follows:

1. Applicant resides in Pennsylvania , and practices at the following address and phone number Morgan Lewis & Bockius LLP, 2222 Market Street, Phila. PA 19103
215-963-5387

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                        Dates:
See Exhibit A (attached)

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Alexandra Grande , a member in good standing of the bar of this court, of the firm of Holland and Hart , practices at the following office address and phone number:
800 W. Main Street, Suite 1750, Boise ID 83702
208-383-3993

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this  18  day of  June , 2024 .

_____          Alexandra Grande
Applicant                                                        Designee

Signed under penalty of perjury.

# EXHIBIT A

**Michael L. Banks - Court Admissions**
**PA Bar # 35052**

EXHIBIT "A"

| Title of Court | Date of Admission | In Good Standing |
|---|---|---|
| Supreme Court of Pennsylvania | 11/06/1981 | yes |
| US District Court for the Eastern District of Pennsylvania | 12/09/1981 | yes |
| US District Court for the Middle District of Pennsylvania | 04/26/1995 | yes |
| US District Court for the Central District of Illinois | 05/25/2000 | yes |
| US District Court for the District of Connecticut | 04/07/1997 | yes |
| Northern District of Florida Bar | 09/28/2004 | yes |
| Northern District of Colorado | 07/31/2006 | yes |
| U.S. District Court, Eastern District of Wisconsin | 11/20/2014 | Yes |
| US Court of Appeals for the First Circuit | 11/272019 | Yes Bar Number: 1191502 |
| US Court of Appeals for the Second Circuit | 02/21/2019 | yes |
| US Court of Appeals for the Third Circuit | 01/19/1982 | yes |
| US Court of Appeals for the Fourth Circuit | 04/24/2000 | yes |
| US Court of Appeals for the Fifth Circuit | 08/17/2006 | yes |
| US Court of Appeals for the Sixth Circuit | 03/02/2001 | yes |
| US Court of Appeals for the Seventh Circuit | 11/15/2002 | yes |
| US Court of Appeals for the Eighth Circuit | 02/27/2019 | yes |
| US Court of Appeals for the Ninth Circuit | 09/28/2004 | yes |
| US Court of Appeals for the Tenth Circuit | June 4, 2008 | yes |
| US Court of Appeals for the Eleventh Circuit | 02/01/2006 | yes |
| US Supreme Court | 1988 | yes |
| Supreme Court of Florida | State/Number Florida, enter your PHV number. Your PHV number is: 0061865 | yes |