A. Dean Bennett (ISB #7735)
Alexandra S. Grande (ISB #9566)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
adbennett@hollandhart.com
asgrande@hollandhart.com

Michael L. Banks (Admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5387
michael.banks@morganlewis.com

*Attorneys for Defendant Red Hat, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ALLAN KINGSLEY WOOD, an individual, | ) ) | Case No. 2:24-cv-00237-REP |
| Plaintiff. | ) ) ) | **DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| vs. | ) ) ) | |
| RED HAT, INC., a North Carolina corporation and subsidiary of IBM, | ) ) ) | |
| Defendant. | ) ) | |

Defendant Red Hat, Inc. ("Red Hat"), moves this Court for an Order compelling

arbitration and staying or administratively closing this case until arbitration before the American

Arbitration Association is concluded.

This Motion is based on the accompanying Memorandum in Support, the Declaration of

Jack Blondin filed concurrently herewith, and the record on file in this matter.

Respectfully submitted this 29th day of July, 2024.

HOLLAND & HART LLP


By:  /s/Alexandra S. Grande
    A. Dean Bennett, of the firm
    Alexandra S. Grande, of the firm

    *- and -*

Michael L. Banks (Admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendant Red Hat, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kevin W. Roberts – kevin@robertsfreebourn.com
Chad H. Freebourn – chad@robertsfreebourn.com

*/s/ Alexandra S. Grande*
Alexandra S. Grande
of HOLLAND & HART LLP

32506507_v1