Docusign Envelope ID: 6ED37561-0EE3-483D-B740-D6251D8D3F8C

A. Dean Bennett (ISB #7735)
Alexandra S. Grande (ISB #9566)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Tel: 208.342.5000
asgrande@hollandhart.com
adbennett@hollandandhart.com

Michael L. Banks (Admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5387
michael.banks@morganlewis.com

*Counsel for Defendant Red Hat, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALLAN KINGSLEY WOOD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RED HAT, INC., a North Carolina corporation and subsidiary of IBM,<br><br>　　　　Defendant. | Case No. 2:24-cv-00237-REP<br><br>**DECLARATION OF JACK BLONDIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

I, JACK BLONDIN, hereby declare as follows:

1. I am currently employed by Red Hat, Inc. ("Red Hat") as a Senior Financial Analyst.

2. As a Senior Financial Analyst, I run financial analyses for compensation optimization, and am also part of the sales incentives design team each year. Because of my job

responsibilities, I am very familiar with the creation and implementation of Red Hat's sales incentive plans, including employee acceptance of the sales incentive plans.

3. I am also familiar with the Plaintiff in this case, Allan Kingsley Wood ("Mr. Wood"). Mr. Wood worked as Senior Director of the North American Office of Technology – Technical Sales, West Region for Red Hat, which is considered a sales position.

4. Red Hat's sales employees are paid a regular salary, as well as incentive compensation. Red Hat calculates sales incentive compensation based on individualized sales quotas and sales incentive assignments.

5. Each sales employee receives an Individual Plan Document setting forth individual sales quotas, incentive assignments, and target incentive compensation, which becomes part of their sales incentive plan.

6. As a condition of eligibility for incentive compensation, Red Hat employees must participate in the applicable sales incentive plan by timely accepting the most recently issued Individual Plan Document and accompanying Terms and Conditions document.

7. During Mr. Wood's employment with Red Hat, eligible sales employees agreed to participate in a Red Hat sales incentive plan by reviewing and accepting the sales incentive plan, including their Individual Plan Document and the accompanying Terms and Conditions, electronically.

8. For example, in 2023, the employee review and acceptance process started with an email to the employee with a link to the sales incentive plan, including both the Individual Plan Document and the Terms and Conditions. Attached hereto as Exhibit 1 is a true and correct copy of an example of the initial email employees receive providing access to their sales incentive plan.

DECLARATION OF JACK BLONDIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS- 2

Docusign Envelope ID: 6ED37561-0EE3-483D-B740-D6251D8D3F8C

9. Upon clicking the link provided in the email, the employee is brought to a page containing a summary plan document, which identifies the name of the plan, version, when it was deployed and provides a link to the actual sales incentive plan. Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of an example of the page containing the summary plan document.

10. Once the employee clicks the link to the sales incentive plan, the employee is provided a copy of the sales incentive plan document. The employee is also provided a link to the Terms and Conditions document (and, upon clicking this link, the employee is provided a copy of the entire Terms and Conditions document). Attached hereto as Exhibit 3 is a true and correct copy of a screenshot of an example of the page providing access to the sales incentive plan and terms and conditions documents.

11. After reviewing the sales incentive plan and Terms and Conditions, the employee can either accept or deny the sales incentive plan by returning to the summary plan document page, which contains a drop-down menu at the top right corner. This drop-down menu provided two options: accept or reject. Attached hereto as Exhibit 4 is a true and correct copy of a screenshot of the drop-down menu employees use to accept or reject their sales incentive plan, including its terms and conditions.

12. The employee's choice – either accept or reject – is then digitally recorded within a data table in Red Hat's CRM system. This data table provides, for example, the name of the sales incentive plan, the date it was created/available for review, whether it was accepted or denied and the date on which that occurred. Attached hereto as Exhibit 5 is a true and correct copy of the data table showing Mr. Wood's acceptance of his sales incentive plans and accompanying terms and conditions document in 2023.

13. The electronic review and acceptance process was substantially similar in prior years.

14. Since 2022, Mr. Wood signed a sales incentive plan that contained an arbitration agreement. Most recently, Mr. Wood was presented with the CY23 Specialists North America Commercial, Manager Plan, which he electronically accepted on March 30, 2023. *See* Exhibit 5. Attached hereto as Exhibit 6 is a true and correct copy of the 2023 Terms and Conditions Mr. Wood accepted.

15. After accepting the CY23 Specialists North America Commercial, Manager Plan, on March 30, 2023, Mr. Wood received $160,056 in incentive compensation pursuant to the CY23 Specialists North America Commercial, Manager Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge, my familiarity with Red Hat's practices, and my review of records maintained by Red Hat in the ordinary course of its business.

Dated: July 25, 2024

Jack Blondin

DECLARATION OF JACK BLONDIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS- 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kevin W. Roberts – kevin@robertsfreebourn.com
Chad H. Freebourn – chad@robertsfreebourn.com

*/s/ Alexandra S. Grande*
Alexandra S. Grande