

**Exhibit 1**