Message Center / Pending Workflows

# RPT000132 Plan Document Summary

Submitted By: REDACTED
Date Received: June 13, 2022 - 1:01 PM

Select an action

ACCEPT / REJECT

**Red Hat**

## RedHat Sales Incentive Plan Document Summary

Accept or Reject Plans from this Page

REDACTED

| Plan: | MBO Plan (Capped at 100%) | Version: | 3 | Start Date: | 1/1/2022 | End Date: | 3/31/2022 |

Changes: TIC/TICW UPDATE

To view your detailed Sales Plan Document (Read Only) click the link below:

[MBO Plan (Capped at 100%)](#)
(page will open in a new tab)

---

Reason: If you reject, please provide a reason

**Exhibit 2**