

# Red Hat Sales Incentive Plan Document

T's and C's - English

**Exhibit 3**