

**Exhibit 4**