Plan Documents approved by Payee

| Plan Name | Payee Name | Version | Start Date | End Date | Accepted Date |
|---|---|---|---|---|---|
| CY23 SPECIALISTS NA COMM, MGR | Wood, Allan Kingsley | 1 | 01/01/2023 | 12/31/2023 | 03/30/2023 |



Page Size: 25

**Exhibit 5**