# CY23 Sales Incentive Plan Terms and Conditions

**PART I: INTRODUCTORY MATTERS**

### 1. Introduction

This Terms and Conditions document (the "**Ts&Cs**") sets forth the requirements of Red Hat, Inc. and its subsidiaries (collectively, the "**Company**") to participate in the Company's CY23 Sales Incentive Plan (the "**Plan**") for the time period beginning on January 1, 2023, through and until the end of December 31, 2023 (the "**Eligibility Period**"). The Company has adopted these Ts&Cs for global use, on its own behalf and on behalf of all its subsidiaries worldwide, and where appropriate, each of its subsidiaries has adopted these Ts&Cs as its own. For each Eligible Employee, as defined herein, the Plan consists of (i) these Ts&Cs, and (ii) the "**Individual Plan Document**" that defines the Eligible Employee's individualized quota, account(s), territory, and/or segments (the **"Sales Incentive Assignment"**),. The Plan supersedes in its entirety all prior sales incentive programs, plans, practices, promises, understandings, negotiations, oral or written agreements, and documents for all years prior to the Company's CY23 Plan (as defined below), as permitted by applicable law.

### 2. Individual Plan Documents, Eligibility, Participation, and Acceptance

(a) In connection with the rollout of the Plan, each Eligible Employee, as defined herein, will receive these Ts&Cs and an Individual Plan Document. Where appropriate and/or required, the Individual Plan Document will be provided in local language. The Individual Plan Document details, among other possible terms: (1) the schedule for receipt of advanced monies pursuant to the Plan, (2) quarterly bookings goals ("**Quota**") if eligible, (3) a total CY23 booking goal ("**Annual Quota**") if eligible, (4) Sales Incentive Assignments, and (5) additional provisions on incentive compensation opportunities.

(b) To be an "**Eligible Employee**" capable of participating in the Plan during CY23, a Company employee must have been notified of (i) potential eligibility for the Plan and (ii) received a copy of the Plan from the Company, containing both the Ts&Cs and the Individual Plan Document.

(c) To become a Plan participant ("**Participant**") entitled to receive compensation or advances under the Plan, an Eligible Employee must timely accept the most recently issued: (1) Ts&Cs, and (2) Individual Plan Document by completing the CY23 Sales Incentive Plan Acknowledgement Form included within the document ("**Acknowledgment Form**"). To ensure timely acceptance, Eligible Employees should accept all documents within fifteen (15) days of receipt using the online acceptance procedures established by the Company or by other acceptance procedures established by the Company.

(d) *For United States Eligible Employees or Participants only:* Nothing herein shall be construed to create a contract of employment between any Eligible Employee or Participant and the Company. **The Plan, or any part thereof, does not in any way affect the at-will status of any Eligible Employee's or Participant's relationship with the Company and does not obligate either party to continue the employment relationship, which may be terminated by the Eligible Employee, Participant, or the Company at any time, with or without notice or cause.**

### 3. Partial Year Participation

The Plan is intended to apply to Participants for the entire Eligibility Period, however, the Company has the right to terminate or modify this Plan at any time, to the extent permitted by applicable law. The Company also recognizes that some Eligible Employees will join the Company or transfer into or out of a sales incentive compensation-eligible role after January 1, 2023, and that realignment of staffing may occur. In such situations, the Eligible Employees will not be, or will no longer be (if previously a Participant), a Participant entitled to receive compensation or advances under the Plan until

the most recently issued Individual Plan Document has been accepted as described in Section 2 above. Notwithstanding the foregoing, in the event an Eligible Employee is not a Plan Participant solely because the Eligible Employee has not accepted a revised Individual Plan Document, the Company reserves the right in its discretion to advance sales incentive compensation to the Eligible Employee as provided in Part II, Section 6. For employees transferring into a sales incentive eligible role, participation in other incentive plans (e.g., Red Hat Variable Compensation Plan) ceases on the date the employee becomes an Eligible Employee under the Plan as permitted by applicable law.

Where Participants are not eligible to participate during the full duration of the Eligibility Period, the Company shall pay incentive compensation to be determined by management only for Earned Sales Incentive Compensation assigned to a Participant (as defined under Part II, Section 1 below) for the time period that the Eligible Employee was a Participant in the Plan, and pursuant to the Ts&Cs.

Additionally, when Participants are not eligible to participate during the full duration of the Eligibility Period, a maximum limit to attainment or earnings ("Cap") may be applied.

**4. Duties of Plan Participants**

The duties of each Participant are intended to enhance the revenue, gross margin, profitability, and reputation of the Company through attention to the following, and only as permitted and allowed by applicable law:

a) Participant is expected to devote full attention and primary efforts to furthering the Company's business interests.

b) Participant is expected to conscientiously manage the Sales Incentive Assignment and will sell the products, systems, and services offered by the Company exclusively.

c) Participant is responsible for accurately and truthfully representing the Participant's customer orders and status thereof in an ethical manner. Participant agrees that all information they provide on an opportunity marked as "Closed" and credited to Participant for sales incentive compensation in any Company system or tool, including the Company's Customer Relationship Management ("**CRM**") system is truthful and accurate. All subscriptions and services purchased must be entered into the CRM system as opportunities, with service and subscription activation and termination dates, pricing, and quantities matching that of the Contract or PO. Furthermore, Participant agrees not to modify "Closed" opportunities in the CRM system without prior approval from the Sales Incentives Team or delegate and/or Legal Department delegate. Participant will at all times project a professional demeanor and exercise their fiduciary duty to protect the interests of the Company and its customers. Any Participant who misrepresents order information, or displays unprofessional judgment or conduct, may be subject to disciplinary action, up to and including termination with cause consistent with applicable law. In addition, the Company may in its sole discretion withhold or Chargeback (as defined in Part II, Section 6) unearned sales incentive compensation resulting from any unprofessional judgment or conduct where consistent with applicable law.

d) Participant will prepare and submit all reports and documents as required by the Company. In addition, Participant will be responsible for updating and maintaining the Company's CRM system on a regular basis throughout the quarter in the manner specified by the Company, including completing sales data, or the Participant will not earn nor be eligible for any sales incentive for that sale. Orders of which close dates or booking amounts are significantly changed shortly before

2

**Exhibit 6 - Page 2 of 15**

closure may be reviewed after closure for potential quota adjustments.

e) Participant will not earn nor be eligible for an advanced sales incentive payment in a particular fiscal quarter for a sale that does not qualify as a "**Booking**" in that quarter unless otherwise required by applicable law. For purposes of this Plan, the term "**Booking**" means a transaction that meets all of the requirements of the Company's Global Guidelines for Booking Credit and Sales Incentive Compensation, as amended from time to time ("**Booking Guidelines**"), which document is specifically incorporated herein by reference and requires both: 1) a Contract to purchase the Company's products and/or services for a specified invoiceable monetary amount from a Customer, and 2) Invoiceable Documentation. The terms used to define Booking have the following meanings:

   i) A "**Customer**" means the credit-approved financially obligated party to a Contract with the Company, which party may be an end user or, in the case of a partner sale, a partner.

   ii) A "**Contract**" means a legally binding agreement between two or more parties that identifies the subscriptions or services being sold and references base legal terms. A Contract includes but is not limited to documentation, such as an order form, special bid order form, royalty report or purchase order (if legally permitted, all examples of a Contract collectively defined as a "**PO**"). All Contracts must have followed the Company's Commercial Approval Framework, available on the Company's Commercial Legal intranet page, with all required approvals obtained and documented prior to signature or acceptance by the Company. For all partner orders, an underlying legally binding Contract must exist between the channel partner and the end Customer before an order is placed with the Company by the channel partner (i.e., inventory purchases are prohibited for purposes of determining a Booking). See also the Company's Policy on Channel Transactions available on its Legal Policies and Guidelines intranet page.

   iii) "**Invoiceable Documentation**" must be one of the following: a) a PO, b) evidence of funding through a Customer Portal, or c) a No PO Letter. Each of these three types of Invoiceable Documentation must be verifiable and is further described in the Booking Guidelines.

The Booking Guidelines provide more detail on the requirements for a Booking and, in the event of any discrepancy between the Ts&Cs and the Booking Guidelines concerning the definition of a "Booking," the Booking Guidelines control. The Booking Guidelines also control the timing requirements for a Booking being recognized in a particular fiscal quarter. For the avoidance of doubt, a single document may satisfy both prongs of the Bookings definition.

Any Contract enabling a Customer to cancel the Contract or terminate it for convenience generates Bookings solely to the extent of commitments that are not, or are no longer, subject to cancellation or termination. A Contract with a termination for convenience clause would only be eligible for Booking and either Advanced or Earned Sales Incentive Compensation at the expiration of the Contract or at such point in time when the termination for convenience provision is no longer applicable. The same applies to Contracts with penalty clauses and other cancellation rights. A termination for convenience or like

3

Exhibit 6 - Page 3 of 15

clause is considered no longer applicable when the fees under the Contract are invoiced, or when payment is received if credit terms were never approved, and in either case, there is no longer a right for cancellation or refund.

f) Participant is responsible for abiding by and not exceeding the expense budget assigned to them and complying with applicable Company policies for reimbursement for the expenses.

g) Participant's booking of a sale with a discount that does not follow the approval framework for Commercial Revenue Contracts policy as issued by the Company's Business Affairs team will not earn nor be eligible for a sales incentive for that sale.

h) Participant agrees to abide by all of the Company's applicable policies and published rules, including, but not limited to, the Company's Code of Business Conduct and Ethics (the "**Code**"), sales documentation procedures, and pricing policies. As permitted by applicable law, Participant will not earn nor be eligible for sales incentive for any sale procured by conduct which the Company determines is contrary to the Code. Any deviation from expected conduct under Company policies or published rules must be approved by the Company in advance and may affect the percentage and amount earned by the Participant, in the sole discretion of the Company and as set forth in Part II, Section 1 below. In addition, actions not regulated under Company policies or published rules must be approved by the Company in advance and may also affect the percentage and amount earned by the Participant, in the sole discretion of the Company and as set forth in Part II, Section 1 below. The Company reserves the right to modify or otherwise alter its Code and sales policies or rules at any time, with or without notice, prior to earnings and as allowed by applicable law.

i) Participant must complete all of the Company's assigned Corporate Compliance and Ethics Training on or before the stated deadline for completion of such training. If Participant fails to complete assigned training on or before the deadline, advances on sales incentive compensation otherwise eligible for payment will be withheld until Participant completes the overdue training, as allowed by applicable law.

j) Participant agrees to abide by the provisions of the Plan.

k) Participant understands and acknowledges that Participant may not make any commitments to any customer, whether orally or in writing, that is not reflected on the Contract and/or Invoiceable Documentation (such as a PO) submitted to the Company including, but not limited to, extended payment terms, return rights, upgrades, refunds, exchanges, bundled services, acceptance criteria, service obligations, future discounts, and extended warranties. Making commitments or obligations that are not set forth in the Contract and/or Invoiceable Documentation can result in discipline, up to and including termination of employment with cause, as allowed by applicable law. Participants will not earn nor be eligible for sales incentive compensation for any commitments or obligations which the Company deems are not captured by the PO or Contract.

5. Modifications

The Company reserves the right to structure the Plan and interpret and apply the Ts&Cs and the Individual Plan Document in its sole discretion to the extent permitted by applicable law, including to: (1) calculate, reduce, modify or withhold monies advanced pursuant to the Ts&Cs and/or the Individual Plan Document prior to those amounts becoming Earned Sales Incentive Compensation, and/or (2) change the products, services, customers, territories, accounts, quotas,

4

Exhibit 6 - Page 4 of 15

sales incentive rates, and/or any component, including but not limited to the addition of a Cap, of the Individual Plan Document assigned to the Participant, or any other term or modifier of the Individual Plan Document that may impact monies advanced pursuant to the Ts&Cs and/or the Individual Plan Document prior to earnings.

Changes to a Participant's Individual Plan Document can be made by the Company in compliance with applicable law, issuing a revised Individual Plan Document based upon particular situations that may occur in the normal course of business after the start of the Eligibility Period and prior to Advanced Sales Incentive Compensation payments becoming Earned Sales Incentive Compensation, such as, without limitation: changes in staffing from hiring, termination, transfer, move, or realignment; to reflect Contracts or Bookings not anticipated or reasonably certain at the time quotas were established; to reflect a Contract or Booking anticipated in a different time frame or of a different amount; to reflect an unanticipated renewal; to reflect a change in partner involvement in a substantial sale versus what was anticipated at the time quotas were set, among other unanticipated sales; or where errors were made in Quota and/or Annual Quota setting and/or Individual Plan Document creation.

The Company will periodically perform Individual Plan Document reviews. At a minimum, the Company will perform an Individual Plan Document review once per quarter when a Participant achieves, or the Company has reason to believe the Participant will exceed, a predetermined percentage of Quota, Annual Quota, and/or TIC for the review period. Any Quota and/or Annual Quota changes resulting from this review will be implemented for the Participant being reviewed, as well as any other Participant similarly credited on the Contract or Booking that caused the Participant to exceed the predetermined percentage of Quota, Annual Quota, and/or TIC. Separately, sales management may request a Quota, Annual Quota, and/or Individual Plan Document adjustment in writing, which must be approved by the Global Segment or Function Leader; Geo Segment or Functional Leader and the regional Sales Incentives team business partner. Notwithstanding the sales incentive compensation consequences assigned to achieving Quota and/or Annual Quota, achievement remains a performance goal for which failure to achieve can result in discipline, up to and including termination, in accordance with applicable law.

Any revisions and/or modifications to Individual Plan Documents must be approved by the Company and a revised Individual Plan document will be issued. In the event a revised Individual Plan Document is issued, an Eligible Employee must accept the revised Individual Plan Document in order to again become a Participant entitled to receive compensation or advances under the Plan, as more fully described in Part I, Section 2.

Amendments to the global Ts&Cs during the Eligibility Period may only occur in writing, signed by the Company's Vice President of Sales Incentives or Senior Vice President of Finance.

## PART II: SALES INCENTIVE COMPENSATION

### 1. Bookings Credit and Earnings for Sales Incentive Compensation

Each Participant is eligible for sales incentive compensation as outlined in their CY23 Individual Plan Document as approved by the Company. For compensation purposes, and as permitted by applicable law, Bookings Credit will be given and sales incentive compensation earned as determined by the Company only after the Company has had an opportunity to review complete, final, and accurate business results, which results only become available after the completion of the fiscal quarter or fiscal year. To the extent holiday pay is required to be paid to a Participant pursuant to a Participant's employment contract or as required under applicable law, all earned and paid sales incentive compensation under this Plan is inclusive of holiday pay to the extent allowed by applicable law.

**Bookings Credit**: Eligible Employees will be assigned Bookings Credit on a quarterly basis for the sale of Company offerings including software subscriptions and services, which will be credited as set forth below. "**Bookings Credit**" is the Company's estimate of a Participant's Bookings against Quota or Annual Quota. Based on the Bookings Credit, the Company will calculate the Participant's expected sales incentive compensation before actually earning revenue on the respective sales, and sales incentive compensation will not be final or earned until the applicable finance or operations team member makes a final calculation on actual sales revenue (after invoicing by the Company and the Company's crediting of a Customer's payment in full of the full value of the original Booking) and all requirements listed in the remainder of Part II have been met. Until a final calculation is made, payments to Participants based on Bookings Credit will be, for all legal purposes, an advance of Earned Sales Incentive Compensation, as set forth below. Bookings ultimately credited to Participant may be less than those preliminarily calculated or otherwise allocated to Participant for various reasons. For example, and without limitation: the Company reserves the right to review and, in its sole discretion, (a) adjust Bookings Credit or require repayment of Advanced Sales Incentive Compensation payments resulting from subsequent Customer non-payment or cancellations, changes in partner for Bookings, lack of Participant's active involvement, incomplete operational or incentive processes or other errors in calculations and/or allocation, generally and/or as set forth in Part II, Section 6, and other reductions allowed for in this Plan, as allowed by applicable law; and (b) adjust the Bookings Credit for large individual transactions which would result in sales incentive compensation payments that are disproportionate in relation to the Participant's active involvement toward a large individual sales transaction.

**Earned Sales Incentive Compensation:** In addition to the requirements set forth in Part I, Section 4 above, sales incentive compensation on accounts acquired through the efforts of the Participant is deemed earned ("**Earned Sales Incentive Compensation**") when all of the following conditions have been satisfied, and to the extent permitted by applicable law:

a) The Company has received and accepted in writing both a Contractual commitment from a credit-approved Customer and proper Invoiceable Documentation (such as a PO) prior to the Finance deadlines, as required by and further described in the Booking Guidelines. As more fully described in the Booking Guidelines, the Contract may not include any provision which permits the Customer to terminate for convenience, cancel service, or prohibits the Company from invoicing or collecting payment from the Customer except as described in Part I, Section 4(e);

b) The sale was approved by the Company, including any modifications to standard pricing and documentation having been pre-approved by the Company's Sales Management, Legal, and Finance departments, including, but not limited to, pricing, terms and conditions of the sale. Bookings Credit pertaining to subscriptions or services contracted to be delivered during the first twelve (12) months following the earlier of the effective date of the Contract or the close date of the opportunity in the CRM system will be credited as a "**Single Year Booking**". If the effective date of a subscription or product is more than sixty (60) days after the date the contractual commitment is received then the portion of the Bookings Credit that is a single year Bookings will be reduced by the period of the delayed start. Any exceptions must be reviewed and approved by the Sales Incentives Team;

c) Bookings Credit has not previously been awarded to another Participant or sales representative unless such award was split from the total share of the opportunity per Part II, Section 3 below;

d) The Participant has completed assigned trainings on or before the stated deadline for the completion of such training;

e) The Participant was actively and significantly involved in the account through collections for direct sales. Participants can find a description of the elements of active involvement for a Participant's role or for a particular transaction or series of transactions through the Company's Sales Incentive tool.

f) The Customer is invoiced, and payment is received from the Customer pursuant to the terms specified by the invoice, and the Customer does not cancel any contracted subscriptions or services (in other words, if the Customer does not pay in full pursuant to the terms specified by the invoice, or otherwise cancels, sales incentive compensation is not earned and the Company has the right to recover advanced sales incentive compensation amounts against future incentives or other payments to be made to the Participant to the extent permitted by applicable law).

g) The Participant is employed by the Company on the date of invoicing and the date of payout of the sales incentive compensation unless prohibited by applicable law.

h) The Company has calculated the sales incentive compensation earned.

i) For Consulting Bookings, sales incentive compensation will not be deemed earned until the Company has recognized the full revenue that matches the Bookings during the stipulated period of performance on the services Statement of Work ("**SOW**"), as well as all other requirements as set forth in Part II, Section 1(a-h) above. If necessary, the Company will follow the Chargeback process outlined in Part II, Section 6(a). For purposes of this Plan **"Consulting Bookings"** means up-front contractual commitments to purchase a set amount of services from the Company.

The Company, in its sole discretion, will determine whether the earnings criteria and requirements set forth in the Plan have been met or have occurred. The Company reserves the right, as permitted by applicable law, to calculate, reduce, modify or withhold Advanced Sales Incentive Compensation payments prior to earnings based upon its determination as to whether the criteria and requirements set forth in the Plan have been met or have occurred. The Company reserves the right to review and, in its sole discretion, adjust sales incentive compensation based upon the Participant's degree of "active and significant involvement" in an account through collections as referenced in Part II, Section1(e), unless prohibited by applicable law. The Company also reserves the right to review and, in its sole discretion, adjust sales incentive compensation payments which are disproportionately large when compared to the Participant's active involvement in the sale and/or close of a specific opportunity related to those advanced sales incentive compensation payments, to the extent permitted by applicable law. Please see Part II, Section 6 on advances, deductions and Chargebacks.

**2. Bookings Credit for Partner Sales**

In addition to the requirements set forth in Part I, Section 4, and Part II- above, sales incentive Bookings Credit for partner sales (i.e., OEM, distribution, reseller, ISV, SI, webstore and GLS open enrollment) requires that the following conditions be met:

a) The Participant must forecast OEM preload opportunities more than fourteen (14) days prior to booking in the CRM system (i.e., the time difference between the system-recorded opportunity creation date and close date must be greater than fourteen (14) days);

b) For all partner sales opportunities, the Participant must have active and significant involvement in the sales opportunity, to be determined at the sole discretion of the Company unless prohibited by applicable law. Participants can find a description of the elements of active involvement for a

7

Exhibit 6 - Page  7 of 15

Participant's role or for a particular transaction or series of transactions through the Company's Sales Incentive tool.

c) For all OEM preload, distributor, reseller, webstore, and open enrollment incentive compensation claim opportunities that do not follow the automated partner upload process or other Finance and Operations Certified Process, as defined below ("Non-Automated Opportunity"), supporting documentation must be provided in the form of Supportable X screenshots in the .png format that display all entitlements claimed by the Participant for each Non-Automated Opportunity, as well as subscription start and end dates, quantities and SKUs that match those of each corresponding entity. Finance and Operations certified processes, including but not limited to the Indirect OEM Preload Requirements, are defined as an incentive compensation claim workflow agreed upon by the Finance and Operations teams for specific partner opportunity types); and

d) The Participant must use correct pricing for claiming any sales incentive Bookings for partner sales in the CRM system. Correct pricing must indicate transfer pricing (e.g., the price the Company charges the partner to sell the product). For OEMs, correct pricing is the royalty price from the latest OEM price book. For distributors and resellers, correct pricing is the distributor/reseller price. For webstore and open enrollment, correct pricing is the price charged by the Company webstore or open enrollment team.

The Company, in its sole discretion, will determine whether the earnings criteria and requirements set forth in the Plan have been met or have occurred. The Company reserves the right, as permitted by applicable law, to calculate, reduce, modify or withhold sales incentive compensation payments prior to earnings based upon its determination as to whether the criteria and requirements set forth in the Plan have been met or have occurred. The Company further reserves the right to review and, in its sole discretion, adjust sales incentive compensation based upon the Participant's degree of "active and significant involvement" in an account through collections as referenced in Part II, Section1(e), unless prohibited by applicable law. The Company also reserves the right to review and, in its sole discretion, adjust sales incentive compensation payments that are disproportionately large when compared to the Participant's active involvement toward the sale and/or close of a specific opportunity related to those sales incentive compensation payments. Please see Part II, Section 6 on advances, deductions, and Chargebacks.

3. **Split Sales Incentive Compensation**

Where two or more Participants contribute to a Booking, the Bookings Credit and sales incentive compensation are awarded and paid to the Participant who qualifies for the credit as set forth in Part I, Section 4, Part II, Section 1(a)-(i), and Part II, Section 2 where applicable or as otherwise determined by the Company as permitted by applicable law.

4. **Global Account and Cross-Territory Bookings**

Bookings Credit for a sale made by the Participant to a Customer identified in the CY23 Global Account Policy (such identified Customer, a "**Global Account**") or to a Customer in a territory other than the Participant's primary sales territory where the Customer is not a Global Account (such transaction, a "**Cross Territory Transaction**") requires written approval from the Company, including but not limited to the Participant's Regional Director of Sales for the international territories participating in the transaction.

For a Participant to receive Bookings Credit on a Global Account, the Global Account transaction must adhere to the set of rules for the specific Global Account communicated by the

8

**Exhibit 6 - Page 8 of 15**

Company and the Global Account manager. Bookings Credit and Bookings Credit splits for Cross-Territory Transactions and Global Account transactions are determined at the full discretion of the Company.

**5. Multi-Year Contracts**

For multiple year Contracts for which full invoicing of the Contract value is due at the start of the Contract ("**Up-front**"), incentive compensation will be credited or advanced for the Bookings value pertaining to the Contract, as permitted by applicable law and as provided under Part II, Section 1 above. For multiple-year Contracts for which full invoicing of the Contract value is not due Up-front, incentive compensation (where applicable) will be advanced only for the Bookings value pertaining to the first sixty (60)-month portion of the Contract.

**6. Advances, Chargebacks and Payment of Sales Incentive Compensation**

**a) Advances on Sales Incentive Compensation and Chargebacks**

The Company advances a Participant their expected sales incentive compensation prior to the Participant having earned the sales incentive compensation, in accordance with applicable law. In such event, advances will be paid on the dates as set forth in Part II, Section 8 below. Should the Company fail to receive timely payment by a Customer, or should the Company determine that realization as revenue of the Contract's full booked value is at risk, the Participant will not have earned the advanced sales incentive compensation until the Company credits the invoice as having been paid in full by the Customer for the full value of the original Booking. In such case, the advanced but unearned sales incentive compensation will be deducted against future sales incentive compensation and other future payments to the extent permitted by applicable law ("**Chargebacks**"). To effectuate its return, the Participant authorizes the Company to deduct the amount of the advanced but unearned sales incentive compensation payment from the Participant's wages, from other sales incentive compensation advanced or earned, or from the Participant's final paycheck or any other payment(s) applicable upon employment termination, each to the full extent permitted by applicable law. In the event that the entire advanced amount cannot be fully deducted from the Participant's wages, from other sales incentive compensation advanced or earned, or from the Participant's final wages, paycheck, or any other payment(s) applicable upon employment termination, additional sales incentive compensation will not be advanced, credited or paid to the Participant until the outstanding balance is recovered by the Company, as permitted by applicable law. If the Company has not received all advanced sales incentive compensation payments from the Participant and the Participant's employment terminates, the Participant agrees to provide the Company with remittance of the advanced funds within two (2) weeks of the date of termination or calculation of amounts owed, whichever is later, unless prohibited by applicable law. Participants acknowledge that the Company will reserve the right to collect these amounts by any legal means. Participants can find more details on Chargebacks via the Company's Sales Incentive tool.

**b) Cancellations or Incomplete Consumption of Subscription or Services**

At a minimum, the Company will conduct a review of all executed subscription and/or services Contracts six (6) months after the start of the Contract and upon completion of the Contract (performance of each such review, a "**Consumption Check**") to identify those Contracts that may deliver less revenue than its original Booking value (each, a "**Flagged Contract**"). Flagged Contracts will include, but are not limited to, scenarios where: i) the Contracted-for subscription and/or services have been canceled or are otherwise unlikely to be utilized by the Customer for an identifiable business reason or ii) the Customer is unlikely to pay any portion of the remaining balance due under the Contract for an identifiable business reason.

In accordance with local law, Bookings Credit advanced to any Participant associated with underutilized subscription and/or unconsumed services in a Flagged Contract will be automatically subject to Chargeback against the Participant's applicable Bookings Credit where less than i) 10% of the Contracted-for subscription and/or services have been utilized or consumed six (6) or more months after the start of the Flagged Contract and/or ii) the full amount of contracted-for subscription and/or services purchased has been consumed upon completion of the Flagged Contract. The Company reserves the right to review any Contract or otherwise perform Consumption Checks more frequently and at any consumption threshold if the Company considers the revenue at risk.

c) **Sales Involving Fraud or Other Gross Misconduct**

The Company reserves the right to deduct from future sales incentive compensation or to require repayment of sales incentive compensation credited or earned as a result of fraud, misrepresentations, unethical conduct, or other gross misconduct, as permitted by applicable law and without prejudice of its ability to immediately terminate the Participant's employment with cause, in accordance with applicable law. Examples of fraud or gross misconduct, include but are not limited to knowingly earning compensation under an incorrectly assigned Plan and establishing unauthorized account assignments.

d) **Termination of Employment**

If a Participant's employment with the Company is terminated for any reason, whether voluntarily or involuntarily, with or without cause, the Participant will only receive Bookings Credit for opportunities for which the Participant is assigned and for which a sale was closed in the CRM System on or before the Participant's date of termination, unless otherwise required by applicable law. The Participant will be paid the Earned Sales Incentive Compensation on such Bookings Credit, subject to all Chargebacks or deductions set forth in this Plan, as soon as reasonably calculable after all requirements for Bookings have been satisfied as set forth in this Plan, and the Company will not prorate the Quota, Annual Quota, or target incentive compensation ("**TIC**") unless required by applicable law.

The Participant's Earned Sales Incentive Compensation will be reconciled against any advances. In the event that a Participant's employment is terminated and any outstanding recoverable advances are not fully repaid or deducted from the final wages or paycheck, the Participant agrees to provide the Company with remittance of the advanced funds that were not earned within two (2) weeks of the date of termination or calculation of amounts owed, whichever is later, unless prohibited by applicable law. Participant acknowledges that the Company will reserve the right to collect these amounts by any legal means.

e) **Cap Applied at Plan Level**

Any payments made will be capped at a maximum of ten times the Participant's annual Target Incentive Compensation unless otherwise defined in the Participant's Individual Plan Document.

f) **Leaves of Absence**

A Participant on an approved statutory leave of absence, as defined by applicable law, or other similar, Company-approved leave of absence may have their assigned Quota and expected advance of sales incentive compensation pro-rated or otherwise adjusted, unless not permitted by applicable law. Sales incentive compensation may continue to be advanced or earned as the case may be during a leave of absence for accounts acquired solely by the Participant before the leave of absence began, subject to any split with other Participants for maintenance of the account during the leave of absence. Treatment of sales incentive compensation is available through the Sales Incentives tool.

For all non-statutory leaves of absence (such as personal leave), sales incentive compensation will not continue to be advanced or earned as the case may be during the Participant's leave (i.e., advances and credits will cease on the effective date of the leave of absence), to the extent permitted by applicable law.

If a Participant does not return from their statutory or non-statutory leave of absence for any reason, then only incentive compensation earned will be paid, and all advanced sales compensation is subject to Chargeback and must be repaid, as permitted by applicable law.

### 7. Quarterly Sales Incentive Compensation Reports

The Company will endeavor to issue to Participants a quarterly report within thirty (30) days after the end of each quarter, which lists all qualifying Bookings and associated Bookings Credit, Chargebacks, and other deductions, and all sales incentive compensation that were advanced, credited or earned in the previous quarter.

### 8. Regular Advances of Sales Incentive Compensation

The Company will credit Bookings, pay advances, and pay Earned Sales Incentive Compensation as required by applicable law. The Company will make a commercially reasonable effort to advance expected sales incentive compensation based on assigned Bookings Credit by the last day of the month following the end of the quarter when the sales incentive transaction was invoiced, and to calculate and pay any remaining Earned Sales Incentive Compensation (as defined in Part II, Section 1 above), all of which is subject to any Chargebacks, adjustments or deductions as described in this Plan and to the extent permitted by applicable law. In some cases, Participants in certain countries will be paid advances within sixty (60) days following the end of quarter. Such advances do not constitute earned sales compensation. Even though the payments are not yet earned, the Company may advance and pay quarterly sales incentive compensation based on Bookings Credit calculations. However, if the advanced amount is not earned in the same amount as calculated and paid quarterly, the unearned advanced amounts are subject to repayment and deduction as set forth in Part II, Section 6, and in compliance with applicable laws.

Notwithstanding the foregoing, advances of sales incentives associated with multi-year Contracts are governed by the process set forth in Part II, Section 5.

### 9. Quotas

#### a) Quota Attainment

Bookings made into accounts by the Participant count towards Quota and Annual Quota attainment. All partner Sales Participants responsible for VARs/Distributors are credited on sales *through* (not to) the partner. Bookings must be deemed credited to the Participant for sales incentive compensation purposes and credited against Quota and/or Annual Quota attainment by the manager of that Participant.

If a Participant is credited with Bookings that are in excess of the Participant's Quota, the excess Bookings shall not be applied or credited to any other quarter's Quota unless required by applicable law. For Participants with Annual Quota, quarterly Bookings in excess of the Participant's Quota will be applied and credited cumulatively toward Annual Quota for the Eligibility Period such that the sales incentive compensation calculation is trued-up for previous quarters in the Eligibility Period.

#### b) Currency Conversion of Attainment

The Participant's quarterly Bookings Credit is recognized in the same currency as their assigned Quota. Bookings in a currency other than that of the associated Participant's Quota and/or Annual Quota will be converted using the planning exchange rate ("**Plan Rate**") applicable to that pair of currencies. All anticipated Plan Rates will be set and documented prior to the end of the first fiscal

11

**Exhibit 6 - Page 11 of 15**

quarter of the year.  The Company reserves the right to review, revise or amend Plan Rates at any time for any reason in accordance with applicable laws.

c) Exchange Rate Quota Updates

Quotas for Participants are determined based upon a Plan Rate between the United States Dollar (USD) and the currency of the Participant's Quota.  If the USD to applicable currency's exchange rate as of the end of a single quarter increases or decreases by 15% or more from the exchange rate as of January 1, 2023, the Company may, at its discretion, update the Quota assigned to a Participant to avoid unintended impact to the Company or to Participant due to such exchange rate volatility.  When the Company determines, at its discretion, that such an exchange rate-based quota update is appropriate, the Company will calculate quotas using a new Plan Rate (the "Adjusted Plan Rate").  The Company will notify Participants of updated quotas and any previously published quotas for affected quarters shall have no further force or effect.

**10. Expenses**

Actual expenses incurred during the quarter, as recognized by the Finance department, are compared against the approved budget for the quarters, as determined by the Finance department for calculation of this factor under certain management incentive compensation plans.

**PART III: ADDITIONAL PROVISIONS**

**1. Inquiries**

Inquiries regarding sales incentive compensation governed by this Plan are to be directed to the Company. Participants should first discuss any inquiries with the Participant's manager and then log any remaining inquiries via the sales incentive management tool. Sales incentive adjustments that result from such inquiries will be processed as soon as administratively feasible.

**2. Dispute Resolution Procedure**

a) **Disputes**

The procedures set out in this Part III, Section 2 govern any and all disputes or controversies between Participant and the Company ("Dispute"), including but not limited to, disputes relating to or arising from i) the Company's Plan, ii) the Participant's eligibility for, participation in, or payments under the Plan or any previous sales incentive plan,  iii) the interpretation, validity, construction, performance, breach, or termination of this Plan or previous sales incentive plans and supporting documents, or (iv) Participant's employment with the Company.

b) **Payment Disputes**

If Participant disputes a sales incentive payment or the absence of a sales incentive payment under this Plan ("**Payment Dispute**"), Participant must submit to the Company a written claim describing the Payment Dispute within sixty (60) days of the receipt of the Quarterly Sales Incentive Report described in Part II, Section 7 hereof.  The Company will endeavor to respond to the Payment Dispute within a reasonable time, typically within ninety (90) days after the receipt of the claim. Participant agrees that the sixty (60) day period to submit Payment Disputes begins upon Participant's receipt of the Quarterly Sales Incentive Report described in Part II, Section 7, and that a Payment Dispute is waived and fully barred if Participant fails to submit it to the Company within sixty (60) days of its Accrual, except where prohibited by applicable law.

c) **Arbitration for United States Employees Only**

i) By executing the Acknowledgment Form, each Participant who is employed in the United States agrees that any Dispute, including but not limited to a Payment Dispute, shall be conducted in accordance with the Employment Arbitration Rules (the "**Rules**") then in effect of the American Arbitration Association ("**AAA**"), a copy of which is

12

**Exhibit 6 - Page  12 of 15**

available on-line at www.adr.org or, if you are unable to access the Rules, a copy can be provided to you upon request. The arbitration shall be held in Raleigh, North Carolina, unless another city is mutually agreed upon by the parties, and shall be before a single neutral arbitrator selected by mutual agreement. If the parties cannot mutually agree upon an arbitrator, the arbitrator shall be chosen in accordance with the arbitrator selection process set forth in the Rules.

ii) The arbitrator must be a member of the **AAA** Employment Roster and have experience in employment law.

iii) The arbitrator shall have the power to award any type of legal or equitable relief, including injunctions. Awards shall include the arbitrator's written reasoned opinion, including the arbitrator's essential findings and conclusions on which the award is based. The decision of the arbitrator shall be final, conclusive, and binding on the parties to the arbitration. Any relief or recovery to which the parties may be entitled shall be limited to that awarded by the arbitrator. Judgment may be entered on the arbitrator's decision in any court having jurisdiction.

iv) Except where prohibited by applicable law, the arbitrator shall apply North Carolina law to the merits of any Dispute, without reference to its conflict of law rules. The arbitration proceedings shall be governed by the Federal Arbitration Act and by the Rules, without reference to state arbitration law. The arbitrator shall enforce any applicable statutes of limitations or repose or other deadlines applicable to the Disputes, including the Accrual and sixty-day requirement applicable to Payment Disputes provided for in Part III, Section 2(b) above, except where prohibited by applicable law.

v) The parties agree that the arbitrator may not consider a Dispute of more than one Participant in a proceeding, may not join or consolidate or join the Disputes of any other party or Participant into a single proceeding, and may not preside over any form of a consolidated, representative or class proceeding, including proceedings under the AAA Supplementary Rules for Class Action Proceedings. The arbitrator is not authorized to grant relief that would affect parties who are not parties to the arbitration.

vi) To the extent necessary to enforce the terms of this Agreement, including to compel Arbitration, Participant hereby expressly consents to the personal jurisdiction of the state and federal courts located in North Carolina.

vii) Participant and Company agree that the obligations of this Part, including the obligation to arbitrate shall survive the termination of their relationship and shall remain binding on the Participant's heirs, trustees, guardians, agents or other persons authorized to act on Participant's behalf.

viii) To the maximum extent permitted by law, Participant and the Company agree that all claims must be brought in a party's individual capacity and that no Disputes may be initiated or maintained on a class action, collective action, or representative action basis either in court or arbitration. This means that neither party may serve or participate as a class, collective, or representative action representative involving Disputes either in court or in arbitration. No arbitrator under this Arbitration Agreement shall have any authority to hear claims on a class, collective, or representative action basis. Nothing in this Agreement will preclude Participant or the Company from testifying or providing information in a class action, collective action, or representative action.

ix) Nothing in this Part is intended to preclude Participants from proceeding before any state or federal administrative body or from participating in any administrative investigation.

x) To the extent a statute or other legal authority bars the utilization of arbitration for the purposes of the resolution of Disputes, then the obligation to arbitrate the Dispute is of no force and effect and shall be severed from the obligation to arbitrate the remaining Disputes which shall remain subject to arbitration and the terms of this Part.

3. **Non-assignability**

Participants shall have no right to assign or transfer their interest under this Plan.

4. **Severability**

In the event that any provision or any portion of any provision hereof becomes or is declared by a court or administrative agency of competent jurisdiction to be illegal, unenforceable, or void, this Plan shall continue in full force and effect without said provision or portion of provision.

5. **Governing Law**

For employees in the United States only, the laws of the State of North Carolina shall govern this Plan, without regard for conflict of law provisions.

6. **No Oral Modification**

Modification to Plan documents can only be made in writing. Modification to the Ts&Cs can only occur in writing, signed by the Company's Chief Executive Officer or Senior Vice President and Chief Financial Officer.

7. **Entire Agreement**

This Ts&Cs document, together with each Participant's Individual Plan Document, Acknowledgment Form, and the Booking Guidelines represent the entire agreement and understanding between the Company and the Participant concerning the subject matter hereof, and supersede and replace any and all prior agreements and understandings concerning the covered subjects, consistent with applicable law.

8. **Withholdings and Holiday Pay**

All compensation to the Participant will be subject to applicable national, federal, state, and local tax and statutorily required withholdings. To the extent holiday pay and/or any other **statutory, mandatory, and/or any other form of payment required under applicable law** is required to be paid to a Participant pursuant to a Participant's employment contract or as required under applicable law, all earned and paid sales incentive compensation under this Plan is inclusive of holiday pay to the extent allowed by applicable law.

## CY23 Sales Incentive Plan Acknowledgment Form ("Acknowledgment Form")

Note: Your failure to sign and return this Acknowledgment Form within the time limit that has been communicated to you will disqualify you from eligibility for earning and receiving any sales incentive compensation advances or payments from the Company.

By signing below, I acknowledge and agree that:

1. I have received a copy of my CY23 Sales Incentive Plan (the "Plan"), consisting of the Terms and Conditions ("Ts&Cs") document as well as the most recently issued individualized Sales Incentive Assignments contained in my "Individual Plan Document", which may be amended from time to time;

2. I have read the Plan and understood its contents, and I understand that the Plan is provided at the discretion of the Company. I further understand that the Plan is not a contractual entitlement (unless otherwise provided by law), and participation in this Plan in CY23 does not imply future participation in this or any other plan;

3. I have not relied upon any representations or statements made by the Company which are not specifically set forth in the Plan or expressly incorporated by reference in the Plan;

4. I understand that, except for Part III, Section (2), the Company may amend, supplement, supersede or terminate the Plan at any time, for any reason, and in its sole discretion consistent with applicable law;

5. I specifically acknowledge and agree to the provisions in the Plan relating to earnings, advances, Chargebacks, and deductions as set forth in the Plan and consistent with applicable law;

6. I specifically acknowledge and agree to the provisions in the Plan relating to termination of employment, as set forth in the Plan and consistent with applicable law; and

7. **For employees in the United States only:**

    a. I am authorized to accept the terms of the Plan and to execute this Acknowledgment Form on behalf of my spouse, if applicable.

    b. Nothing in the Plan alters my status as an at-will employee. Both the Company and I can end the employment relationship at any time, with or without notice, and for any reason or no reason. In addition, I understand that the Company may alter my compensation, location of work, and any other terms and conditions of employment at any time, with or without notice or cause. FURTHER, I ACKNOWLEDGE THAT ALL DISPUTES SHALL BE SETTLED BY ARBITRATION TO BE HELD IN RALEIGH, NORTH CAROLINA, OR AS SET FORTH IN PART III, SECTION 2(C), IN ACCORDANCE WITH THE EMPLOYMENT ARBITRATION RULES THEN IN EFFECT OF THE AMERICAN ARBITRATION ASSOCIATION (THE "RULES") AS PROVIDED IN THIS PLAN, AND THAT I AM WAIVING MY RIGHT TO PRESENT DISPUTES IN A COURT.

**Agreed and acknowledged by**

**Print Name:**_____
**Title:**_____
**Date:**_____